Submitted June 8, 1970.
*Herman Weiner,* for appellant; *James D. Crawford,*
Deputy District Attorney, and *Arlen Specter,* District
Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below
is vacated and the record remanded for a hearing on
the issues raised by the original or an amended post-
conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Simmons, Appellant.

Submitted June 8,
1970. *David A. Silverstein,* and *Techner, Rubin, Sha-
piro, Silverstein & Remick,* for appellant; *James D.
Crawford,* Deputy District Attorney, and *Arlen Spec-
ter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted June 8, 1970. *Har-
vey Smith,* appellant, in propria persona; *James D.
Crawford,* Deputy District Attorney, and *Arlen Spec-
ter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.